IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAKENYA K. MONFORT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>EQUIFAX INFORMATION SERVICES, )<br>LLC, )<br>)<br>    Defendant. ) | CIVIL ACTION FILE NO.<br>1:20-cv-03859-AT-CMS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff LaKenya K. Monfort and Defendant Equifax Information Services LLC ("Equifax") hereby stipulate to the dismissal, with prejudice, of all claims asserted by Plaintiff against Equifax in the captioned case.  The Parties shall each bear their own costs and attorneys fees.

This 13th day of April, 2021.

| | |
|---|---|
| McRAE BERTSCHI & COLE LLC<br>*As Counsel for Plaintiff* | SEYFARTH SHAW LLP<br>*As Counsel for Defendant* |
| */s/ Charles J. Cole*<br>Craig E. Bertschi<br>Georgia Bar No. 055739<br>678.999.1102<br>ceb@mcraebertschi.com | */s/ Esther Slater McDonald*<br>Kearstin Harumi Sale<br>Georgia Bar No. 650510<br>404.885.1500<br>ksale@seyfarth.com |
| Charles J. Cole<br>Georgia Bar No. 176704<br>678.999.1105<br>cjc@mcraebertschi.com | Esther Slater McDonald<br>Georgia Bar No. 649005<br>404.885.1500<br>emcdonald@seyfarth.com |